01
02
03
04
05
06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  UNITED STATES OF AMERICA,          )   CASE NO. 07-68M
                                        )
09          Plaintiff,                  )
                                        )
10      v.                              )
                                        )   DETENTION ORDER
11  RONALD CLAUDE KETTELS,              )
                                        )
12          Defendant.                  )
    _____ )
13

14  <u>Offense charged</u>:       Escape

15  <u>Date of Detention Hearing</u>:    Initial Appearance, February 9, 2007

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably assure

19  the appearance of defendant as required and the safety of other persons and the community.

20          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21          1.      Defendant was a Bureau of Prisons resident at the Pioneer Fellowship House until

22  February 6, 2007.  He is charged with escape from that facility.

DETENTION ORDER                                          15.13
18 U.S.C. § 3142(i)                                     Rev. 1/91
PAGE 1

01       2.       Because of his status as a pre-release resident of Pioneer Fellowship House

02   confined by virtue of a judgment and commitment of the United States District Court for the

03   Western District of Washington, defendant is not eligible for pre-trial release on these charges.

04   Furthermore, defendant does not contest detention.

05       3.       Defendant has a long criminal record and appears to have mental health issues.

06       4.       Defendant poses a risk of nonappearance due to lack of background information,

07   the nature of the instant charges, and possible mental health issues.  He poses a risk of danger due

08   to criminal history and possible mental health issues.

09       5.       There does not appear to be any condition or combination of conditions that will

10   reasonably assure the defendant's appearance at future Court hearings while addressing the danger

11   to other persons or the community.

12   It is therefore ORDERED:

13       (1)      Defendant shall be detained pending trial and committed to the custody of the

14             Attorney General for confinement in a correction facility separate, to the extent

15             practicable, from persons awaiting or serving sentences or being held in custody

16             pending appeal;

17       (2)      Defendant shall be afforded reasonable opportunity for private consultation with

18             counsel;

19       (3)      On order of a court of the United States or on request of an attorney for the

20             Government, the person in charge of the corrections facility in which defendant is

21             confined shall deliver the defendant to a United States Marshal for the purpose of

22             an appearance in connection with a court proceeding; and

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                               Rev. 1/91
PAGE 2

01    (4)    The clerk shall direct copies of this Order to counsel for the United States, to

02           counsel for the defendant, to the United States Marshal, and to the United States

03           Pretrial Services Officer.

04    DATED this 9th day of February, 2007.

05

06                                              Mary Alice Theiler
                                                United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 3