UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR07-103-JCC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| RONALD KETTELS, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on March 24, 2008.  The United States was represented by AUSA Annette Hayes and the defendant by Jennifer Wellman for Brian Tsuchida. The proceedings were digitally recorded.

Defendant had been sentenced on or about July 27, 2007 by the Honorable John C. Coughenour on a charge of Escape, and sentenced to six months custody, three years supervised release. (Dkt.17.)

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in substance abuse testing and treatment, abstain from alcohol, submit to search, participate in mental health treatment, reside in a community corrections center for 180

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

days, and provide his probation officer with access to financial information.

In an application dated February 27, 2008 (Dkt. 19 ), U.S. Probation Officer Becky G. Miller alleged the following violation of the conditions of supervised release:

1. Failing to satisfactorily participate in a comprehensive sanction center program for 180 days by not returning to Tacoma Residential Reentry Center, in Tacoma, Washington, as directed on February 26, 2008, in violation of a special condition of supervision.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been detained.

DATED this 24th day of March , 2008.

Mary Alice Theiler
United States Magistrate Judge

cc:   District Judge:            Honorable John C. Coughenour
      AUSA:                      Annette Hayes
      Defendant's attorney:      Jennifer Wellman, Brian Tsuchida
      Probation officer:         Becky G. Miller

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2